UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TERESA BALOUGH,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 3:10-cv-1063-J-20JBT

REGENCY CENTERS LP,

    Defendant.
_____/

## O R D E R

This cause is before this Court on Plaintiff's Motion for Dismissal (Dkt. 26), and Defendant's responses thereto (Dkts. 27, and 28). In this motion, Plaintiff asks that this case be dismissed.

Accordingly it is **ORDERED**:

1. Plaintiff's Motion for Dismissal (Dkt. 26) is **GRANTED**,

2. This case is **DISMISSED without Prejudice**, and

3. The Clerk is directed to close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of October, 2011.

                              HARVEY E. SCHLESINGER
                              UNITED STATES DISTRICT JUDGE

Copies to:
Teresa Balogh, *pro se*
Dabney D. Ware, Esq.